IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ROBERT W. DENSLOW**                                              **PLAINTIFF**

**VS.**                                       **CIVIL ACTION NO.: 4:05cv106-TSL-JMR**

**N.V.E., INC.**                                                   **DEFENDANT**

## ORDER

On May 16, 2006, the court entered an order stating that this case would be dismissed for failure to prosecute unless plaintiff showed cause by June 1, 2006, why the case should not be dismissed. No response has been received, and it is hereby ORDERED AND ADJUDGED that this case be dismissed without prejudice.

SO ORDERED this the 23rd day of June, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE